JESSE F. RUIZ (SBN 177984)
ROBINSON & WOOD, INC.
227 North First Street
San Jose, CA 95113-1016
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

Attorneys for Defendants
PAUL GUMINA, LAW OFFICES OF PAUL L. GUMINA, P.C.,
CHARLES LAW, KING & WOOD, L.L.P.

**Filed**
FEB 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

MIA KIM,

    Plaintiff,

vs.

PAUL GUMINA, LAW OFFICES OF
PAUL GUMINA P.C., CHARLES LAW,
KING & WOOD LLP, AND DOES 1 TO
500, inclusive,

    Defendants.

Case No. C08 00900 PVT

JOINDER OF DEFENDANT LAW
OFFICES OF PAUL L. GUMINA, P.C. IN
NOTICE OF REMOVAL OF ACTION

    Defendant LAW OFFICES OF PAUL L. GUMINA, P.C. hereby joins defendants Paul Gumina's, Charles Law's and King & Wood's Notice of Removal to this Court of the state court action described in said Notice of Removal.

Dated: February 11, 2008

ROBINSON & WOOD, INC.

By: /s/ JESSE F. RUIZ
JESSE F. RUIZ
Attorneys for Defendants
PAUL GUMINA, LAW OFFICES OF PAUL L. GUMINA, P.C., CHARLES LAW, KING & WOOD, L.L.P.

PROOF OF SERVICE<br>
*Kim v. Gumina, et al.*, Case #:

I, Sandie Olson, declare:

I am a citizen of the United States and a resident of the County of Santa Clara. I am over the age of eighteen (18) years and not a party to the within entitled action. I am employed by Robinson & Wood, Inc., 227 North First Street, San Jose, California, 95113, in the office of a member of the bar of this court at whose direction the service was made. I am readily familiar with Robinson & Wood, Inc.'s practice for collection and processing of documents for delivery by way of the service indicated below:

(x)  [BY MAIL] By consigning such copy in a sealed envelope, First Class postage fully prepaid, in the United States Postal Service for collection and mailing

( )  [BY OVERNIGHT DELIVERY] By consigning such copy in a sealed envelope to an overnight courier for next business day delivery

( )  [BY HAND-DELIVERY] By consigning such copy in a sealed envelope to a messenger for guaranteed hand-delivery

( )  [BY FACSIMILE TRANSMISSION] By consigning such copy to a facsimile operator for transmittal

On February 11, 2008, in accordance with ordinary business practices at Robinson & Wood, Inc., I caused to be served:

JOINDER OF DEFENDANT LAW OFFICES OF PAUL L. GUMINA, P.C.<br>
IN NOTICE OF REMOVAL OF ACTION

in the manner identified above on the person(s) listed below:

Thomas A. Moore
Noveck & Moore
1622 Ellsmere Avenue
Los Angeles, CA  90019
Phone: 650-575-4991
Fax: 650-887-0402
Attorneys for Plaintiff MIA KIM

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 11, 2008, at San Jose, California.

_____
Sandie Olson

Robinson & Wood, Inc.
227 North First Street
San Jose, CA  95113
(408) 298-7120

2

JOINDER OF DEFENDANT LAW OFFICES OF PAUL L. GUMINA, P.C. IN NOTICE OF REMOVAL OF ACTION