JESSE F. RUIZ (SBN 77984)
ROBINSON & WOOD, INC.
227 North First Street
San Jose, CA 95113-1016
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

Attorneys for Defendants
PAUL GUMINA, LAW OFFICES OF PAUL L. GUMINA, P.C.,
CHARLES LAW, KING & WOOD, L.L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MIA KIM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PAUL GUMINA, LAW OFFICES OF PAUL GUMINA P.C., CHARLES LAW, KING & WOOD LLP, AND DOES 1 TO 500, inclusive,<br><br>　　　　Defendants.<br>_____/ | Case No. C 08-00900 PVT<br><br>PROOF OF SERVICE<br><br>Assigned Judge: Patricia V. Trumbull<br>Assigned: Ctrm. 5, 4th Floor<br>Removal Filed: 2/12/08 |

I, Sandie Olson, declare:

I am a citizen of the United States and a resident of the County of Santa Clara. I am over the age of eighteen (18) years and not a party to the within entitled action. I am employed by Robinson & Wood, Inc., 227 North First Street, San Jose, California, 95113, in the office of a member of the bar of this court at whose direction the service was made. I am readily familiar with Robinson & Wood, Inc.'s practice for collection and processing of documents for delivery by way of the service indicated below:

(x)　[BY MAIL] By consigning such copy in a sealed envelope, First Class postage fully prepaid, in the United States Postal Service for collection and mailing

On February 12, 2008, in accordance with ordinary business practices at Robinson & Wood, Inc., I caused to be served:

1

PROOF OF SERVICE

1) NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (Federal Question)

2) JOINDER OF DEFENDANT LAW OFFICES OF PAUL L. GUMINA, P.C. IN NOTICE OF REMOVAL OF ACTION

3) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

4) STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL WITH ATTACHMENTS [CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; STANDING ORDER FOR ALL JUDGES IN THE NORTHERN DISTRICT OF CALIFORNIA -- CONTENTS OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES]

5) WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION AND ATTACHMENTS, INCLUDING ADR INSTRUCTIONS AND FORMS AND E-FILING INSTRUCTIONS AND FORMS AND GENERAL ORDERS

in the manner identified above on the person(s) listed below:

Thomas A. Moore                              Attorneys for Plaintiff MIA KIM
Noveck & Moore
1622 Ellsmere Avenue
Los Angeles, CA  90019
Phone:  650-575-4991
Fax:  650-887-0402

   I declare under penalty of perjury that the foregoing is true and correct. Executed on February 12, 2008, at San Jose, California.

_____
Sandie Olson

Robinson & Wood, Inc.
227 North First Street
San Jose, CA  95113
(408) 298-7120

2

PROOF OF SERVICE