JESSE F. RUIZ (SBN 77984)
ROBINSON & WOOD, INC.
227 North First Street
San Jose, CA 95113-1016
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

Attorneys for Defendants
PAUL GUMINA, LAW OFFICES OF PAUL L. GUMINA, P.C.,
CHARLES LAW, KING & WOOD, L.L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MIA KIM,<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL GUMINA, LAW OFFICES OF PAUL GUMINA P.C., CHARLES LAW, KING & WOOD LLP, AND DOES 1 TO 500, inclusive,<br><br>    Defendants. | Case No. C 08-00900 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Assigned Judge: Patricia V. Trumbull<br>Assigned: Ctrm. 5, 4th Floor<br>Removal Filed: 2/12/08 |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: March 14, 2008

ROBINSON & WOOD, INC.

By: /s/ Jesse F. Ruiz
JESSE F. RUIZ
Attorneys for Defendants
PAUL GUMINA, LAW OFFICES OF PAUL L. GUMINA, P.C., CHARLES LAW, KING & WOOD, L.L.P.

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

1

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE   AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE