# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Mia Kim

Plaintiff(s),

CASE NO. C 08-900 JW

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Paul Gumina, et al.,

Defendant(s).

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process
☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference June 2, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Jesse F. Ruiz | Paul Gumina, Law Offices of Paul Gumina | (408) 792-5906 | jfr@robinsonwood.com |
| Thomas A. Moore | Charles Law and King & Wood LLP, Mia Kim | (650) 575-4991 | tomamoore@hotmail.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 5-19-08

_____
Attorney for Plaintiff

Dated: 5/19/08

_____
Attorney for Defendant

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

Rev. 12/05