Thomas A. Moore (SBN 148698)
NOVECK & MOORE
1622 Ellsmere Ave
Los Angeles CA 90019
(650) 575-4991
(650) 887-0402
Attorneys for Plaintiff

Jesse F. Ruiz (SBN 77984)
ROBINSON & WOOD INC.
227 North First Street
San Jose CA 95113-1016
(408) 298-7120
(408) 298-0477 (fax)
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT

| | |
|---|---|
| Mia Kim, | Case No. 08-00900 JW |
| Plaintiff, | JOINT RULE 26(f) REPORT [Fed.R.Civ.P. Rule 26(f)] |
| vs. | Scheduling Conference: June 2, 2008  Time: 10:00 a.m. |
| Paul Gumina, Law Offices of Paul Gumina P.C., Charles Law, King & Wood LLP and DOES 1 TO 500, inclusive, | Location: Dept. 8, 4th Floor  Judge: James Ware |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 26(f) a meeting was held by teleconference on May 12, 2008 between counsel for Plaintiff Mia Kim ("Plaintiff") and. Defendants Paul Gumina, Law Offices of Paul Gumina P.C., Charles Law, King & Wood LLP. ("Defendants").

**I. PRE-DISCOVERY DISCLOSURES**

The parties will exchange the information required by Federal Rule of Civil Procedure 26(a)(I) by June 2, 2008. The parties have held preliminary discussions on the categories of

documents and information to be produced and do not anticipate any disagreements relating thereto. Nonetheless, the parties do not waive their right to object to any category of document or information requested.

## II. DISCOVERY PLAN

### A. Subject Matter of Discovery

The parties anticipate that discovery will address: (1) the facts and circumstances relating to representation of all parties in the underlying case of <u>Hill Design Group v. Spring Wang et.al.</u> Case No. C 04-0521 JF filed in the United States District Court, Northern District of California in which a default judgment was obtained by Hill Design Group in the amount of $49,390,410.00, including the stipulation by Mia Kim related to the withdrawal of her motion to set aside default and stipulations with respect to her present representation by Thomas A. Moore and Noveck & Moore, counsel for Hill Design Group in the underlying action.

### B. Scope of Discovery

1. The parties agree that discovery should not be conducted in phases.

2. The parties agree that no discovery order is necessary.

3. The parties agree that no changes should be made in the limitations on discovery imposed under the Federal Rules of Civil Procedure or Local Rules.

### C. List of Percipient Witnesses

**1. Plaintiffs**

Plaintiff adds the following witnesses in addition to those listed by defendants.

Michael Wang

Spring Wang

**2. Defendants**

Cox, Chip

Dincel, Kim O.

Gumina, Paul, Law Offices of Paul Gumina, PC (Attorneys for defendants in underlying action and defendants in present action).

Hill Design Group (Plaintiff in underlying action. Person Most Knowledgeable).

1 | Hill, Roger (Principal of Plaintiff Hill Design Group in underlying action.)
2 | Hills, Steven (Principal of Plaintiff, Hill Design Group, in underlying action.)
3 | Kim, Mia (aka Mia Wang, Defendant in underlying action and Plaintiff in present action.)
4 | Law, Charles, King & Wood
5 | Long & Levitt (Person Most Knowledgeable re representation of Mia Kim (aka Mia
6 | Wang) in underlying action.)
7 | Moore, Thomas A. (Attorneys for Hill Design Group in underlying action and Plaintiff
8 | Mia Kim (aka Mia Wang)).
9 | Noveck & Moore (Person Most Knowledgeable Deposition. Attorneys for Hill Design
10 | Group in underlying action and Plaintiff Mia Kim (aka Mia Wang)).
11 | Shen-Tai Industry Company, Ltd. (Defendant in underlying action.)
12 | Wang, Spring (Defendant in underlying Action.)
13 | Whittaker, Kevin (Long & Levitt, subsequent counsel for Mia Wang in underlying
14 | action)

**D. Documents**

**1. Plaintiffs**

Defendants file in the underlying case.

Defendants insurance documents.

**2. Defendants**

Hill Design Group: Files and pleadings re underlying claim, damages, litigation and stipulations with Mia Kim (aka Mia Wang).

Long & Levitt: Files re subsequent representation of Mia Kim (aka Mia Wang) in underlying action and stipulations with Hill Design Group.

Mia Kim: Personal files and litigation regarding residences, name changes, and correspondence to Shen-Tai Industry Company, Ltd. and principals.

Noveck & Moore: All files, electronic and hard copy re representation of Hill Design Group in underlying action and Mia Kim (aka Mia Wang) in present action.

### E. Insurance Coverage

Defendants are presently without insurance coverage for the defense of this litigation. It is believed that there is a gap in coverage and the defendants have agreed to assemble all documents related to issues surrounding the alleged gap in coverage.

## III. PRESERVATION OF EVIDENCE

The parties do not, at this time, foresee the need for using CD-ROM. or other electronic means for preserving the evidence in. this case for trial. However, should the volume or nature of evidence produced during discovery prove large, the parties will meet and. confer to determine whether the use of such means is warranted and implement any system of preservation deemed useful or necessary.

## IV. OTHER MATTERS

### A. Complex Cases

The parties agree that the instant litigation is not complex, and that the Manual for Complex Litigation should not be utilized,

### B. Motion Schedule

Unknown at this time.

### C. Settlement Conference

The parties agree that this is an appropriate case for a Settlement Conference. However, the defendants believe that scheduling of a Settlement Conference at this time is premature given the insurance coverage issues present in this litigation

### D. Trial Estimate

The parties agree that trial in this matter is likely to take ten days.

### E. Additional Parties

The parties do not at this time anticipate the addition, of new parties or the amendment of existing pleadings.

Date: May 27, 2008                           NOVECK & MOORE


                                             By: _____/s/_____
                                             Thomas A. Moore
                                             Attorneys for Plaintiff


Date: May 27, 2008                           ROBINSON & WOOD INC.


                                             By: _____/s/_____
                                             Jesse F. Ruiz
                                             Attorneys for Defendants